## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

FINISH TIME HOLDINGS, LLC,
a Texas limited liability company,

      Plaintiff,

v.

GARMIN INTERNATIONAL INC.,
a Kansas for profit corporation,

      Defendant.

Case No. _____

### COMPLAINT AND DEMAND FOR JURY TRIAL

### (Injunctive Relief Requested)

Plaintiff Finish Time Holdings, LLC ("Plaintiff" or "Finish Time"), files its Complaint with Jury Demand for patent infringement against Defendant Garmin International Inc. ("Garmin" or "Defendant"), alleging as follows:

### PARTIES

1.       Finish Time is a limited liability company existing under the laws of Texas with its principal place of business at 2500 Dallas Parkway, Suite 600, Plano, Texas, 75093.

2.       On information and belief, Garmin is a for profit corporation organized under the laws of Kansas with its principal place of business at 1200 E. 151st St., Olathe, KS 66062.

### JURISDICTION AND VENUE

3.       This is an action for patent infringement under the Patent Laws of the United States, 35 U.S.C. § 101, *et seq.*

4.       This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1400. Garmin has committed acts of infringement in this district and has a regular and established place of business in this district.

6.      In particular, Garmin offers an interactive website called Garmin Connect through which users in this district can access various fitness applications, including the infringing features discussed herein. The Garmin Connect interactive website may be accessed at connect.garmin.com. Garmin's provision of services through the Garmin Connect website in this district and/or the use of its customers of those services in this district constitute acts of infringement by Garmin in this district.

7.       In addition, Garmin has a regular and established place of business in Yarmouth, Maine.

8.      Finish Time originally sued Garmin Ltd. for infringement of the Asserted Patents in the Eastern District of Texas. The parties have since met and conferred on venue and proper party issues, with Garmin suggesting that Garmin International Inc. is the proper defendant for this action and acknowledging that Garmin International Inc. is subject to personal jurisdiction in this district and that venue is proper in this district.

**THE TECHNOLOGY AND INTELLECTUAL PROPERTY**

9.      Finish Time is a Texas limited liability company founded by Todd Martin ("Martin" or "Mr. Martin"). Like many small inventors, Mr. Martin was not paid by his employer to develop his inventions in a laboratory. Instead, Mr. Martin developed his inventions by solving problems he faced in pursuing his passions.

10.      Mr. Martin is an avid runner and athlete. He has participated in multiple age group world championships in these sports. He has also run the Boston Marathon – one of the more

prestigious marathons, if not the most prestigious marathon, in the world and the only high-profile marathon in which almost every runner must qualify by meeting time requirements in another marathon – on several occasions.

11.     While biking down a steep hill one day, at a speed of about 50 miles per hour, Mr. Martin realized that his tires might be a bit too worn. Mr. Martin realized that a puncture would be very inconvenient for someone on a bike traveling at that rate of speed down a steep hill with oncoming traffic on the other side of the road. Mr. Martin developed an equipment usage tracking invention so that he could know ahead of time when pieces of athletic gear were near a state of being too worn, which if continued to be used, could lead to injury (or worse).

12.     As Mr. Martin progressed in his athletic endeavors, he became interested in qualifying for the Ironman World Championships. It occurred to Mr. Martin that he needed expert coaching to get him there, and that such coaches can do a better job if they know how their athlete is training. To address this problem, Mr. Martin developed a solution that permitted coaches to keep track of their athletes with more precision and in a timely manner. Since many coaches typically charge for their services, an athlete would be wasting time and money unless their coach is very aware and familiar with the athlete and his or her performance. Mr. Martin's invention permits a coach to better track and coach their athlete, leading to improved outcomes for both the athlete and the coach.

13.     Mr. Martin has continued to find solutions that facilitate performance in the sports he loves. Indeed, Mr. Martin's latest invention – which is not a part of this litigation – involves the use of facial recognition timing, which is the reason for the company's name. Mr. Martin hopes his inventions will revolutionize the sports he loves, and make things easier for athletes, coaches, and people seeking to maintain a healthy lifestyle.

14.     On May 24, 2016, U.S. Patent No. 9,345,948 ("the '948 Patent") was duly and legally issued by the United States Patent and Trademark Office ("USPTO") for an invention entitled "System for Providing a Coach with Live Training Data of an Athlete as the Athlete is Training." *See* Exhibit A, attached hereto and incorporated by reference in its entirety.

15.     On February 13, 2018, U.S. Patent No. 8,889,340 ("the '340 Patent") was duly and legally issued by the USPTO for an invention entitled "Method for Providing a Coach with Live Training Data of an Athlete as the Athlete is Training." *See* Exhibit B, attached hereto and incorporated by reference in its entirety.

16.     On November 13, 2018, U.S. Patent No. 10,124,234 ("the '234 Patent") was duly and legally issued by the USPTO for an invention entitled "System and Method for Tracking the Usage of Athletic Equipment." *See* Exhibit C, attached hereto and incorporated by reference in its entirety.

17.     The '948 Patent, the '340 Patent, and the '234 Patent (collectively the "Asserted Patents") teach systems and methods for communicating training data live as the user is training.

18.     Finish Time is the owner of the Asserted Patents, with all substantive rights in and to those patents, including the sole and exclusive right to prosecute this action and enforce the Asserted Patents against infringers, and to collect damages for all relevant times.

## PATENT ELIGIBILITY

19.     The claimed subject matter of the '948 Patent, the '340 Patent, and the '234 Patent is patent eligible under 35 U.S.C. § 101.

20.     During prosecution of the '948 Patent, the Examiner initially rejected all claims under 35 U.S.C. § 101. Applicant argued that the claimed subject matter was a concrete application, i.e., a combination of a training log server which is synced to a device worn by an

athlete, and a specifically configured processor, and therefore was not an abstract idea. Applicant further noted that the claims recited a training log server "synced to a device worn by the athlete so that data from the device worn by the athlete is entered into said training record as the athlete is training," and a processor configured to "provide the coach with access to the training record as the data is being entered into the training record." A training log server and processor so configured do not attempt to tie up any abstract idea. Applicant further argued that the claimed processor is configured to "provide the coach with access to the training record as the data is being entered into the training record," which is specific and unconventional and transforms an otherwise general purpose computer into a special purpose computer which imparts a meaning limitation or adds significantly more to the abstract idea itself. Applicant further argued that the claimed dashboard and platform each permit the live updating of the training record and allow the coach to alter a workout on the spot if the athlete is not training within the expected parameters set out in the workout, which is important for avoiding or reducing injuries caused by over-training of the athlete. The claimed subject matter is also confined to a particular environment or technical field, namely, provision of live athlete training data of an athlete to a coach.  In response to these arguments, the Examiner withdrew the rejection under 35 U.S.C. § 101 and issued a Notice of Allowance.

21.    The invention of the '948 Patent is directed toward an improvement in computer functionality.  For example, the '948 Patent improves the security and efficiency of a data monitoring system by enabling a processor to "generate a graphic user interface for use in associating a workout . . . with at least one of the athlete profiles" and "determine whether the coach is authorized by the athlete to associate the workout with the athlete profile."  '948 Patent, Cl. 1.  Importantly, the '948 accomplishes this improvement through a specific technical solution

whereby the processor queries a training log server for the presence of discrete information provided by the athlete.  *Id.*  This provides for greater functionality in security and display of data, which has consistently been held to be patent eligible under Section 101.

22.    The '948 Patent also contains an inventive concept.  For example, the invention of the '948 Patent relies on a specific ordered combination of physical components, as shown in Fig. 1:



FIG.1

23.   As can be seen in Figure 1, the invention of the '948 Patent involves a platform (102) with a specific arrangement of specialized databases and servers (106 and 116), and in particular a training log server (116) synced to a device worn by an athlete that provides workout data as the athlete is performing the workout. The training log server (116) can store the athlete's training information in a training log database (118).  The operation of this physical structure is

governed by a specialized processor that accomplishes improved data handling via the method discussed above. This specialized approach to data processing and display using a novel combination of hardware components was not routine, conventional or well-understood at the time of invention.

24. As another example, the invention of the '948 Patent relies on a specific ordered combination of physical components, as shown in Fig. 9:



## FIG.9

25. As can be seen in Figure 9, the invention of the '948 Patent involves a specified arrangement of devices (140, 102, 138), including a mobile tracking device (140) configured to communicate with a platform (102) including a training log server as the athlete is performing the workout, a database storing training plans (138) which may be on a coach's device or may be maintained by the platform (102), and the platform (102). The operation of the platform is governed by a specialized processor that accomplishes improved data handling via the method discussed above. This specialized approach to data processing and display using a novel combination of hardware components was not routine, conventional or well-understood at the time of invention.

26.     During prosecution of the '340 Patent, the Examiner initially rejected all claims under 35 U.S.C. § 101. Applicant noted that the claims include limitations specific to the solution of a problem, or improvement in the functioning of technology, particularly by reciting a method that utilizes both a computer web-based platform and a mobile tracking device carried with the athlete to provide a coach with live training data as the athlete performing a training workout. Applicant further noted that the claims do not recite the abstract concepts of "providing a coach with live training data of an athlete," as claimed by the Examiner. Instead, the claims recite specific steps to carry out the claimed method. Applicant further noted that the claim language confined the claim to a specific useful application. The claimed methods permit the live updating of the training record or log, and could allow the coach to alter a workout on the spot if the athlete is not training within expected parameters set out in the workout, which is important for avoiding or reducing injuries. In response to these arguments, the Examiner withdrew the rejection under 35 U.S.C. § 101.

27.     The invention of the '340 Patent is directed toward an improvement in computer functionality.  For example, the '340 Patent improves the security and efficiency of a data monitoring system by providing a method whereby an athlete profile is stored on a specialized "training log server," access permissions are received from the athlete, a record is updated based on data received from the athlete, and providing real-time data to a coach on a specialized platform based on authorization from the athlete.  '340 Patent, Cl. 1.  The invention allows for improved processing and display of data, as well as enhanced security by granting access only to specified individuals.  This provides for greater functionality in security and display of data, which has consistently been held to be patent eligible under Section 101.

28.    The '340 Patent also contains an inventive concept.  For example, the invention of the '340 Patent relies on a specific ordered combination of physical components, as shown in Fig. 1:



FIG.1

29.    As can be seen in Figure 1, the invention of the '340 Patent involves a specific arrangement of specialized databases and servers (106 and 116), and in particular a training log

server (116) synced to a mobile training device worn by an athlete that provides workout data as the athlete is performing a workout. The training log server (116) can store the athlete's training information in a training log database (118). The operation of this physical structure is governed by a specialized processor that accomplishes improved data handling via the method discussed above. This specialized approach to data processing and display using a novel combination of hardware components was not routine, conventional or well-understood at the time of invention.

30.     During prosecution of the '234 Patent, the Examiner rejected the claims under 35 U.S.C. § 101 and maintained the rejections after a response by the Applicant. Applicant appealed to the Patent Trial and Appeal Board ("PTAB"), who reversed the rejection. The PTAB found that the claims were directed not to an abstract idea, but rather to a technological improvement in the computer arts. The PTAB particularly agreed with Applicant's contention that the claimed combination results in an improvement in the field of wireless athletic tracking and monitoring technology since a user no longer needs to wait until the completion of a training exercise before training data is uploaded to an online database. The PTAB also agreed with Applicant that:

> The GPS-enabled mobile device being configured to communicate training data live to the training log server results in an improvement to the GPS-enabled mobile device itself because the same amount of memory needed to store training data in the GPS-enabled mobile device is no longer required. A reduction in memory required also permits the GPS-enabled mobile device to be of a lessor size, which is an advantage to users during their training activities.

Notably, each of the asserted claims provides the same or similar technological improvement in the computer arts by both improving wireless athletic tracking and monitoring technology and supporting technological improvements in the mobile tracking device itself.

31.     The invention of the '234 Patent is directed toward an improvement in computer and network functionality. For example, the '234 Patent improves the security and efficiency of a data monitoring system by providing for a specialized database server and specialized training log

server configured to store specific types of data associated with those servers.  '234 Patent, Cl. 1. An enhanced processor is configured to provide increased security and improved data handling and display by determining the registration status of a user and generating a graphical user interface for the efficient input and processing of data.  *Id.*  The processor is also configured to monitor the attributes of network components, here, athletic equipment, and to issue alerts when attributes fall outside a permitted range of values.  *Id.*  The '234 Patent also provides for an additional hardware component, a GPS-enabled mobile device, configured to transmit specialized data to the training long server.  Taken together, these features provide for greater functionality in security, and in the processing and display of data, which has consistently been held to be patent eligible under Section 101.

32.     The '234 Patent also contains an inventive concept.  For example, the invention of the '234 Patent relies on a specific ordered combination of physical components, as shown in Fig. 1:



## FIG.1

33.    As can be seen in Figure 1, the invention of the '234 Patent involves a platform (102) with a specific arrangement of specialized databases and servers (106 and 116), and in particular a database server (106) and a training log server (116) synced to a wearable GPS-enabled mobile device that provides workout data as the athlete is performing a workout. The training log server (116) can store the athlete's training information in a training log database (118).  The

operation of this physical structure is governed by a specialized processor that accomplishes improved data handling via the method discussed above.  This specialized approach to data processing and display using a novel combination of hardware components was not routine, conventional or well-understood at the time of invention.

34.     Finish Time incorporates by reference herein all statements made during the prosecution of the '948, '340, and '234 Patents to support the patentability of the asserted claims under 35 U.S.C. § 101.

## GARMIN'S INFRINGING CONDUCT

35.     Garmin advertises itself as "mak[ing] products that are engineered on the inside for life on the outside." (*See* https://www.garmin.com/en-US/company/about-garmin/.) In particular, Garmin "bring[s] GPS navigation and wearable technology to the automotive, aviation, marine, outdoor and fitness markets." (*See* https://www.garmin.com/en-US/company/about-garmin/.)

36.     On information and belief, Garmin owns and operates a Garmin Connect website (connect.garmin.com) through which Garmin provides various fitness-related services for users who own Garmin wearable devices.

37.     Through the Garmin Connect website (as well as the Garmin Connect mobile application), "users can track and analyze their fitness, activities and workouts, and wellness data. In addition, users can share their accomplishments, create training groups and group challenges, and get feedback and encouragement from the Connect community." *See* Garmin Ltd.'s 2018 Annual Report, attached as Exhibit D and incorporated by reference herein. (On information and belief, Garmin is a wholly-owned subsidiary of Garmin Ltd.).

38.     Among the fitness-related services provided by Garmin through the connect.garmin.com website are a Garmin Coach feature and a Garmin Gear Tracking feature.

39.    Garmin, through the Garmin Connect website, offers a Garmin Coach feature. (*See* https://connect.garmin.com/features/coach/.)

40.    On information and belief, users of the Garmin Coach feature are permitted to select one of three running coaches for one of three race distances. The selected coach will then provide a personalized workout plan based on the user's availability and the plan will be adjusted based on the user's performance.

41.    Garmin Coach plans can be synced to compatible watches through the Garmin Connect website or the Garmin Connect mobile application. Instructions for syncing a Garmin Coach plan to a user's watch are described in Exhibit E, which is incorporated herein by reference.

42.    On information and belief, runners can also view videos and running tips from the coaches, as well as in-depth articles about nutrition, running form, and more through the Garmin Connect website. A brief description of the Garmin Coach feature, which includes a description of this information, is attached as Exhibit F.

43.    The selected coach can access a "ton" of data about a user's run, including information about an athlete's mileage, training pace, daily rate of exertion, and more. An article generally describing how one coach uses this data is attached as Exhibit G and is incorporated by reference herein.

44.    Garmin devices that support the Garmin Coach feature include Captain Marvel, Darth Vader, Descent MK1, Fenix 5 Series, Fenix 5 Plus Series, Fenix 6 Series, Fenix Chronos, First Avenger, Forerunner 45/45S, Forerunner 245 series, Forerunner 645 series, Forerunner 935, Forerunner 945, Instinct Series, MARQ Series, Rey, tectix Delta, Venu, vivoactive 3 series, and vivoactive 4/4S. *See* Exhibit E.

45.     On information and belief, information about a user's activity can be provided to the Garmin Connect system either through the Garmin Connect website or the Garmin Connect mobile application.

46.     Garmin, through the Garmin Connect website, also offers a Garmin Gear Tracking feature. An announcement of the introduction of the Gear Tracking feature is attached as Exhibit H and is incorporated by reference herein.

47.     On information and belief, a user can input a value representing the life of a particular item of gear, such as a maximum distance for running shoes or a distance at which service is required for bike tires. This information can be provided through the Garmin Connect website. Instructions for accessing the Garmin Gear Tracking feature through the Garmin Connect website are attached as Exhibit I and are incorporated by reference herein.  This information may also be provided through the Garmin Connect mobile application.

48.     The Garmin wearable device will then be used to provide data regarding use of that particular item of gear to Garmin Connect, which can provide a warning (e.g., an orange-colored use bar) when the user is approaching the value and an alert (e.g., a red-colored use bar) when the user meets or exceeds the value. On information and belief, information about a user's activity can be transmitted to the Garmin Connect system through the Garmin Connect website or the Garmin Connect mobile application.

49.     On information and belief, the Garmin Gear Tracking feature is compatible with all Garmin wearable devices that allow users to track times and distances of workouts.

50.     Garmin makes and uses systems for providing the Garmin Coach and Garmin Gear Tracking features, which infringe the Asserted Patents.

51.     Specifically, the Garmin Coach feature infringes at least Claims 1, 3, 4, 8, 9, 12, 13, and 14 of the '340 Patent and Claims 1, 9, 10, 17, 18, and 19 of the '948 Patent.  An exemplary claim chart showing the Garmin Coach feature's infringement of Claim 1 of the '340 Patent is provided below.

| Claim 1 Elements | Garmin Coach Feature |
|---|---|
| A method for providing a coach with live training data of an athlete as the athlete is performing a training workout, the method comprising: | **Garmin Coach**<br><br>Garmin Coach is an adaptive training plan introduced by Garmin in 2018. When introduced the Coach plan's only had a 5K possibility, but in 2019 the 10K and half marathon distance were added as well. The key elements of Garmin Coach:<br><br>○ Adaptive training plan. Your Garmin Coach training plan will adapt based on how well you perform during the workouts provided to you. If you skip an important workout, or don't perform as expected, it will give you a chance to do better in the next week<br><br>○ Running history. The experience you have as a runner is an important factor in the way your plan will be setup. Limited mileage will lead to a slower build-up and speed work might not be introduced until you are a few weeks in the plan.<br>○ Running preferences. The plans take your regular running days into account as well as your preferred long run day. Depending on which coach you choose<br>○ Running goals. Your goal might be the most important part of setting up the Garmin Coach plan. What goal should this plan help you achieve? Do you want to finish a certain distance or are you shooting for a PR on a well-known distance?<br>○ Automatic synchronization to your Garmin watch. All your workouts will automatically synchronize to your compatible Garmin watch. All you need to do is start your run and select the Garmin Coach workout.<br>○ Feedback and accountability. After each workout you'll be given a (very) short feedback giving you an indication on how well you performed. Besides that you'll see a confidence level decreasing and/or increasing after each (skipped) workout.<br><br>Before you get started, make sure you have a Garmin watch compatible with Garmin Coach. Garmin currently lists the following watches/series as compatible: Captain Marvel, Darth Vader, Descent MK1, Fenix 5 Series, Fenix 5 Plus series, Fenix 6 Series, Fenix Chronos, Forerunner 45/45S, Forerunner 245 series, Forerunner 645 series, Forerunner 935, Forerunner 945, Instinct series, MARQ Series, Rey, Venu, Vivoactive 3, Vivoactive 3 series, Vivoactive 4/4S.<br><br>(https://www.myrunnerslife.com/garmin-coach/what-is-garmin-coach/)<br><br>(*See also* intro to Garmin Coach on YouTube: https://www.youtube.com/watch?v=UlGln5iDqFc (video dated July 10, 2018).) |
| creating an athlete profile on a training log server of a computer web- | Users of the Garmin Coach feature input goals, details of fitness level, and selection of a coach. |

| Claim 1 Elements | Garmin Coach Feature |
|---|---|
| based platform, the training log server being configured to maintain a plurality of athlete profiles, | Garmin Coach training plans support entry-level runners hoping to complete their first 5K to intermediate runners looking to improve their pace, up to an 8-minute mile. The process to get started is simple:<br><br>1. Choose from one of three goals – run a 5K, run/walk a 5K, or run a 5K with a pace goal.<br>2. Add details including fitness level, workout days and desired completion date.<br>3. Choose from one of three coaches to guide the experience:<br>  ○ Jeff Galloway, Olympian and best-selling author<br>  ○ Greg McMillan, physiologist and online running coach<br>  ○ Amy Parkerson-Mitchell, physical therapist and running expert<br><br>*See* https://www.garmin.com/en-US/blog/fitness/garmin-coach/.<br><br>If you have a supported watch, it's easy enough to get up and going. On the Garmin Connect smartphone app, under training you'll see a range of plans. Press the one you want, and you'll get an overall introduction to the concept and a big blue button labeled "Set Up Plan." Once that commitment is out of the way, you'll be asked a question about your general fitness level and what you want your goal to be: Run/walk, Run or Run with a time goal. If you pick the latter, you'll then be asked to pick the aim from a list of times depending on the distance you're training for.<br><br>To aid you with the goal, Garmin then lets you pick one of three real-life coaches. There's Jeff Galloway, Olympian and best-selling author; Greg McMillan, physiologist and online running coach; and Amy Parkerson-Mitchell, physical therapist and running expert. Once selected, you pick how often you can run and your preferred days, and set a race date. This isn't something that can happen overnight. For the 5K runs, the training plans are pegged as taking between six and 20 weeks, no matter how experienced you are, and it won't let you pick a race day earlier than that. Once selected, your plan will be automatically synced to your watch, ready to go.<br><br>https://www.wareable.com/garmin/garmin-coach-guide-6595<br><br>Information about each run is likewise uploaded through the Garmin Connect application.<br><br>**Building a Base**<br><br>Whether she's working with an athlete in person or virtually, Coach Amy makes sure to gather all of her runners' data—and there's a ton of it. Every run uploaded through Garmin Connect carries information about an athlete's mileage, training pace, the daily rate of exertion, and more. This paints a picture of their running past and present and ultimately allows their coach to map out their future.<br><br>*See* https://www.garmin.com/en-US/blog/fitness/how-a-virtual-coach-delivers-real-life-success/.<br><br>This information is necessarily associated with an athlete profile. On information and belief, the athlete profile is or is associated with a user's Garmin Connect account, which may also be accessed over the Internet. |

| Claim 1 Elements | Garmin Coach Feature |
|---|---|
| | **Using Garmin Connect on Your Computer**<br><br>The Garmin Express™ application connects your device to your Garmin Connect™ account using a computer. You can use the Garmin Express application to upload your activity data to your Garmin Connect account and to send data, such as workouts or training plans, from Garmin Connect website to your device. You can also install device software updates and manage your Connect IQ™ apps.<br><br>1. Connect the device to your computer using the USB cable.<br>2. Go to www.garmin.com/express.<br>3. Download and install the Garmin Express application.<br>4. Open the Garmin Express application, and select **Add Device**.<br>5. Follow the on-screen instructions.<br><br>*See* https://www8.garmin.com/manuals/webhelp/vivoactive3/EN-US/GUID-9A740EA8-1467-4033-891D-1B98F08876D9.html.<br><br>A user's account information is available online at https://connect.garmin.com/.<br><br><br><br>*See* https://connect.garmin.com/ (showing availability of Garmin Coach dashboard on mobile device and online). Because this information is available online, it must be stored on a training log server along with other athlete profiles rather than just on the user's phone. |
| the athlete profile including a training record having a plurality of predefined fields, at least | Each athlete profile includes a training record, which includes a "ton" of information including mileage, time, training pace, daily rate of exertion, elevation gain, calories, and more.<br><br>**Building a Base**<br><br>Whether she's working with an athlete in person or virtually, Coach Amy makes sure to gather all of her runners' data—and there's a ton of it. Every run uploaded through Garmin Connect carries information about an athlete's mileage, training pace, the daily rate of exertion, and more. This paints a picture of their running past and present and ultimately allows their coach to map out their future. |

| Claim 1 Elements | Garmin Coach Feature |
|---|---|
| one of the fields corresponding to a distance aspect of an athlete's workout, at least another of the fields corresponding to a time aspect of the athlete's workout; | *See* https://www.garmin.com/en-US/blog/fitness/how-a-virtual-coach-delivers-real-life-success/.<br><br><br><br>*See* https://connect.garmin.com/. |
| receiving from the athlete a selection of a coach who is to be granted access to the athlete's profile; | The Garmin Coach feature provides users with a selection of three coaches.<br><br>## Your Personal Coach<br><br>With Garmin Coach, your personal trainer is always on hand. Choose from 3 credible coaches to guide you on your journey: Olympian and best-selling author Jeff Galloway, physiologist and online running Coach Greg McMillan, or physical therapist and running expert Amy Parkerson-Mitchell.<br><br>*See* https://connect.garmin.com/features/coach/.<br><br>The selected coach is provided access to the athlete's profile to providing coaching services. |

20

| Claim 1 Elements | Garmin Coach Feature |
|---|---|
| | **Building a Base**<br><br>Whether she's working with an athlete in person or virtually, Coach Amy makes sure to gather all of her runners' data—and there's a ton of it. Every run uploaded through Garmin Connect carries information about an athlete's mileage, training pace, the daily rate of exertion, and more. This paints a picture of their running past and present and ultimately allows their coach to map out their future.<br><br>**Blending Live and Virtual**<br><br>An athlete's running footage can help contextualize the heaps of data they send to Coach Amy. But even if the runner isn't physically present, the information is so informative that Coach Amy can start to paint a remarkably detailed picture of that person's form, stride, efficiency, strengths, and weaknesses.<br><br>"I can see that person's cadence, vertical oscillation, and ground contact data—those are windows into a person's running gait and efficiency," she says. "You get a much bigger picture of what that runner is doing and what they can change."<br><br>*See* https://www.garmin.com/en-US/blog/fitness/how-a-virtual-coach-delivers-real-life-success/. |
| updating, at the platform, a training record in the athlete profile with workout data from a mobile tracking device carried with the athlete as the athlete is performing the workout, the workout data including a distance aspect and a time aspect; and | Information about a user's workout is uploaded from the Garmin wearable (e.g., a Fenix device) through the Garmin Connect application.<br><br>**Building a Base**<br><br>Whether she's working with an athlete in person or virtually, Coach Amy makes sure to gather all of her runners' data—and there's a ton of it. Every run uploaded through Garmin Connect carries information about an athlete's mileage, training pace, the daily rate of exertion, and more. This paints a picture of their running past and present and ultimately allows their coach to map out their future.<br><br>*See* https://www.garmin.com/en-US/blog/fitness/how-a-virtual-coach-delivers-real-life-success/.<br><br>The uploaded information includes a training record, which includes a "ton" of information including mileage, time, training pace, daily rate of exertion, elevation gain, calories, and more.<br><br>**Building a Base**<br><br>Whether she's working with an athlete in person or virtually, Coach Amy makes sure to gather all of her runners' data—and there's a ton of it. Every run uploaded through Garmin Connect carries information about an athlete's mileage, training pace, the daily rate of exertion, and more. This paints a picture of their running past and present and ultimately allows their coach to map out their future.<br><br>*See* https://www.garmin.com/en-US/blog/fitness/how-a-virtual-coach-delivers-real-life-success/. |

| Claim 1 Elements | Garmin Coach Feature |
|---|---|
| |  See https://connect.garmin.com/. The workout information is provided to the Garmin Connect system as the athlete is performing the workout. For example, the Garmin Connect system also has a LiveTrack feature that allows friends and family to track an athlete's activities in real time. **Use Garmin LiveTrack to Track Activities in Real Time** August 3, 2017 Let your friends and family track your activities in real time using LiveTrack on Garmin Connect™ Mobile. LiveTrack gives you peace of mind during workouts, and lets your fans cheer you on every step of the way on race day. Starting a LiveTrack Session Just pair your compatible Garmin device with the free Garmin Connect Mobile app and enable LiveTrack for your timed activity. When you select AutoStart, all future timed activities on that device will automatically start a LiveTrack session. Sharing Your LiveTrack Information Invite your friends and family via email, Facebook or Twitter. They will receive a link to a webpage that includes the position of your phone or connected device. They'll also be able to track your activity time, distance, speed and elevation in real time. Data from any ANT+® sensors you may have — such as heart rate or cadence — can also be viewed on your LiveTrack page. See https://www.garmin.com/en-US/blog/fitness/use-garmin-livetrack-track-activities-real-time/. |
| permitting the selected coach to log onto the platform and view the training record of the athlete as the athlete is performing the | On information and belief, information about the athlete's performance is uploaded as the athlete is training. This information is entered into the training record and may also be viewed by the coach as described in connection with the LiveTrack feature. |

| Claim 1 Elements | Garmin Coach Feature |
|---|---|
| training workout. | **Use Garmin LiveTrack to Track Activities in Real Time**<br><br>August 3, 2017<br><br>Let your friends and family track your activities in real time using LiveTrack on Garmin Connect™ Mobile. LiveTrack gives you peace of mind during workouts, and lets your fans cheer you on every step of the way on race day.<br><br>Starting a LiveTrack Session<br><br>Just pair your compatible Garmin device with the free Garmin Connect Mobile app and enable LiveTrack for your timed activity. When you select AutoStart, all future timed activities on that device will automatically start a LiveTrack session.<br><br>Sharing Your LiveTrack Information<br><br>Invite your friends and family via email, Facebook or Twitter. They will receive a link to a webpage that includes the position of your phone or connected device. They'll also be able to track your activity time, distance, speed and elevation in real time. Data from any ANT+® sensors you may have — such as heart rate or cadence — can also be viewed on your LiveTrack page.<br><br>*See* https://www.garmin.com/en-US/blog/fitness/use-garmin-livetrack-track-activities-real-time/. |

52.     Likewise, the Garmin Gear Tracking feature infringes at least Claims 1, 4, 5, 6, 7, 8, 9, 12, 13, 14, 15, 16, and 17 of the '234 Patent. An exemplary claim chart showing the Garmin Gear Tracking feature's infringement of Claim 1 of the '234 Patent is provided below.

| Claim 1 Elements | Garmin Gear Tracking Feature |
|---|---|
| A system for tracking usage of athletic equipment of a user, comprising: |  |

| Claim 1 Elements | Garmin Gear Tracking Feature |
|---|---|
| |  See https://www.garmin.com/en-US/blog/fitness/garmin-announces-gear-tracking-and-group-posts-for-garmin-connect/. Gear Tracking Feature in Garmin Connect Our Gear Tracking feature in Garmin Connect allows you to keep track of the wear and tear of multiple types of gear over time, including running shoes and cycling equipment. You can track how far you've run and assign a total distance that'll flag up when it's time to change your shoes. Cyclists can do the same for bikes to know when it's time to take the wheels in for service. To manage gear in Garmin Connect ,select your platform below: See https://support.garmin.com/en-US/?faq=9EtB5L0OA26gp56Yv9tyH9. |
| a database server including a user database for maintaining records of users registered to access said database server; | Users may access the Garmin Connect database (either through the Garmin Connect application or online) by signing into their Garmin Connect account. ▼ Garmin Connect Web 1. Sign into Garmin Connect 2. Click Gear from the navigation bar on the left ▪ Click + Add Gear to add new gear. After entering gear information, click Save. See https://support.garmin.com/en-US/?faq=9EtB5L0OA26gp56Yv9tyH9. A user's Garmin Connect account may be accessed online through https://connect.garmin.com/. Because the account is accessible online, it must be stored on a database server along with records about other registered users rather than just on the user's phone. |
| a training log server configured to: receive and store data from each | In order to track the lifespan of gear, the training server stores information about running, biking, golfing, and other activities. |

| Claim 1 Elements | Garmin Gear Tracking Feature |
|---|---|
| registered user regarding a category of athletic activity in which the registered user engaged; | 

*See* https://support.garmin.com/en-US/?faq=9EtB5L0OA26gp56Yv9tyH9. The training log server requires this information to assign a workout to a particular piece of equipment.

*See* https://connect.garmin.com/. |
| receive and stored data from each registered user regarding a distance the registered user trained for a given day for each category of activity; | In order to track the lifespan of gear, the training server stores information about a total distance of a workout using a particular piece of equipment (e.g., running shoes or bike tires). |

25

| Claim 1 Elements | Garmin Gear Tracking Feature |
|---|---|
| | <br><br>*See* https://support.garmin.com/en-US/?faq=9EtB5L0OA26gp56Yv9tyH9.<br>The total distance is the aggregated total for all distances for each individual day or workout.<br><br>*See* https://connect.garmin.com/. |
| receive and store data from each registered user regarding an amount of time the registered user trained for each category of | The training server receives and stored data regarding the amount of time the registered user performs each activity. |

| Claim 1 Elements | Garmin Gear Tracking Feature |
|---|---|
| athletic activity; |  See https://connect.garmin.com/. |
| calculate a time-based total distance for each category of athletic activity; and | In order to track the lifespan of gear, the training server stores information about a total distance of a workout using a particular piece of equipment (e.g., running shoes or bike tires). See https://support.garmin.com/en-US/?faq=9EtB5L0OA26gp56Yv9tyH9. The total distance is the aggregated total for all distances for each individual day or workout. |

| Claim 1 Elements | Garmin Gear Tracking Feature |
|---|---|
| |  See https://connect.garmin.com/. |
| generate a graphical representation of at least one of the calculated time-based total distances; | The training log server generates a graphical representation in the form of a bar graph or other graphical representation. See https://support.garmin.com/en-US/?faq=9EtB5L0OA26gp56Yv9tyH9. |

| Claim 1 Elements | Garmin Gear Tracking Feature |
|---|---|
| | <br><br>*See* https://www.garmin.com/en-US/blog/fitness/garmin-announces-gear-tracking-and-group-posts-for-garmin-connect/. |
| a processor configured to determine whether the user is a registered user based on the records maintained in said user database, | Users may access the Garmin Connect database (either through the Garmin Connect application or online) by signing into their Garmin Connect account.<br><br>▼ **Garmin Connect Web**<br>   1. Sign into Garmin Connect<br>   2. Click **Gear** from the navigation bar on the left<br>      ■ Click ✛ Add Gear to add new gear. After entering gear information, click **Save**.<br><br>*See* https://support.garmin.com/en-US/?faq=9EtB5L0OA26gp56Yv9tyH9.<br>On information and belief, a processor confirms that the user has entered a user name and password associated with a registered user before allowing the user access to the database. |
| said processor being configured to generate a graphical user interface having a plurality of fields for entering data regarding the athletic equipment used by the registered | The Gear Tracking feature requires user input regarding the athletic equipment to be tracked, including for example a date of first use, a brand and model of the equipment, a nickname, and a maximum distance (the warning value). |

| Claim 1 Elements | Garmin Gear Tracking Feature |
|---|---|
| user, at least one of the fields pertaining to the data of first use of the athletic equipment by the registered user, another of said fields pertaining to a warning value enterable by the registered user; | **GEAR TRACKING**<br><br>Clocking in some serious mileage on those running sneaks or your bike? Garmin Connect will help you keep track of how long you've owned your fitness gear, and inform you when it's time to tune up your bike or think about a new pair of shoes. Just log in the date of the first use of your select type of gear (your shoes, a bike, etc), along with the brand and model. Garmin Connect will immediately begin tracking the total distance you accumulate on this gear and notify you of the mileage you have left until a tune-up, new pair of shoes and more.<br><br>*See* https://www.clevertraining.com/blog/what-is-garmin-connect/.<br><br>On information and belief, the graphical user interface that prompts the user to enter the requested information is generated by a processor. |
| said processor being configured to: track usage of the athletic equipment based on usage data received and stored by said training log server, | The processor is configured to track the usage of athletic equipment, such as the total number of miles for running shoes.<br><br><br><br>*See* https://support.garmin.com/en-US/?faq=9EtB5L0OA26gp56Yv9tyH9. |

| Claim 1 Elements | Garmin Gear Tracking Feature |
|---|---|
| | <br><br>*See* https://www.garmin.com/en-US/blog/fitness/garmin-announces-gear-tracking-and-group-posts-for-garmin-connect/. |
| issue a warning to the registered user that the athletic equipment is approaching maximum usage once the usage reaches the warning value entered by the registered user, and | When the warning value is reached, the Gear Tracking feature issues a warning by displaying the bar graph (or other graphical representation) in orange.<br><br><br><br>*See* https://support.garmin.com/en-US/?faq=9EtB5L0OA26gp56Yv9tyH9.<br><br>The warning value corresponds to a percentage of the maximum distance of the equipment. Although the warning value is not entered by the registered user, the Gear Tracking feature infringes this element under the doctrine of equivalents. Because the warning feature is equivalent to a percentage of the maximum distance, entering the maximum distance is equivalent to entering the warning value as a predefined percentage of the maximum distance. |
| issue an alert to the user after | When the maximum distance is reached, the Gear Tracking feature issues an alert by displaying the bar graph (or other graphical representation) in red. |

| Claim 1 Elements | Garmin Gear Tracking Feature |
|---|---|
| determining that the maximum usage has been reached; and | |
| a wearable GPS-enabled mobile device which is internet ready, said GPS mobile device being configured to communicate training data live to said training log server as the user is training to automatically update said training log server. | Usage is recorded based on a GPS-enabled Garmin wearable such as the Forerunner 245, which has built-in GPS capabilities.<br><br>Garmin Forerunner® 245 \| Running Watch<br><br>This Week 30.0 mi<br>3.65<br>35:46<br>9:48/mi<br><br>**BUILT-IN GPS**<br><br>Track where you run, and get accurate stats, including distance, pace and intervals.<br><br>*See* https://buy.garmin.com/en-US/US/p/628939. The Garmin wearable device may communicate through the Garmin Connect application via Bluetooth to connect to the internet.<br><br>On information and belief, information about the athlete's performance is uploaded as the athlete is training and is entered into the training record as described in connection with the LiveTrack feature.<br><br>**Use Garmin LiveTrack to Track Activities in Real Time**<br><br>August 3, 2017<br><br>Let your friends and family track your activities in real time using LiveTrack on Garmin Connect™ Mobile. LiveTrack gives you peace of mind during workouts, and lets your fans cheer you on every step of the way on race day.<br><br>Starting a LiveTrack Session<br><br>Just pair your compatible Garmin device with the free Garmin Connect Mobile app and enable LiveTrack for your timed activity. When you select AutoStart, all future timed activities on that device will automatically start a LiveTrack session.<br><br>Sharing Your LiveTrack Information<br><br>Invite your friends and family via email, Facebook or Twitter. They'll receive a link to a webpage that includes the position of your phone or connected device. They'll also be able to track your activity time, distance, speed and elevation in real time. Data from any ANT+® sensors you may have — such as heart rate or cadence — can also be viewed on your LiveTrack page.<br><br>*See* https://www.garmin.com/en-US/blog/fitness/use-garmin-livetrack-track-activities-real-time/. |

## FIRST CLAIM FOR RELIEF
### (Direct Patent Infringement of U.S. Patent Nos. 9,345,948; 9,889,340; and 10,124,234 in violation of 35 U.S.C. § 271(a))

53.     Finish Time incorporates the foregoing paragraphs as if fully set forth herein.

54.     Garmin made, had made, used, imported, provided, supplied, distributed, sold, and/or offered for sale devices implementing the Garmin Coach and/or Garmin Gear Tracking features.  These features practice the claims of the Asserted Patents. See the exemplary claim charts provided above.

55.     By doing so, Garmin has directly infringed (literally and/or under the doctrine of equivalents) at least Claims 1, 3, 4, 8, 9, 12, 13, and 14 of the '340 Patent; Claims 1, 9, 10, 17, 18, and 19 of the '948 Patent; and Claims 1, 4, 5, 7, 8, 9, 12, 13, 14, 16, and 17 of the '234 Patent. Garmin's infringement in this regard is ongoing and not limited to the representative claims included in the charts.

56.     Garmin has also directly infringed the Asserted Patents by exercising direction or control over the use of the Garmin Coach and/or the Garmin Gear Tracking by its customers. When Garmin's customers use the Garmin Connect website and/or download and use the Garmin Connect application in connection with the Garmin Coach and/or Garmin Gear Tracking features, and/or when Garmin's customers purchase a Garmin wearable and connect that wearable to the Garmin Connect system through the Garmin Connect website or mobile application, Garmin's customers are practicing the infringing methods and putting the infringing systems into service and Garmin conditions the benefit received by each customer from using the infringing systems and/or methods (which utilize the systems and methods taught by the Asserted Patents), such benefits including live tracking of an athlete's performance and equipment usage, only if the

Garmin systems and devices are used in the manner prescribed by Garmin. Use of the Garmin systems and devices in such manner infringes the Asserted Patents.

57.     Garmin had knowledge of the Asserted Patents at least as of April 17, 2020, when counsel for Garmin contacted counsel for Finish Time to discuss the filing of this complaint in the Eastern District of Texas.

58.     Finish Time has been damaged as a result of the infringing conduct by Garmin alleged above.  Thus, Garmin is liable to Finish Time in an amount that adequately compensates it for such infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

59.     Garmin's infringement of the Asserted Patents has been and continues to be willful and intentional and with full knowledge of the existence and validity thereof.

60.     The willful and intentional nature of Garmin's infringement entitles Finish Time to an award of treble damages pursuant to 35 U.S.C. § 284, and to an award of its attorneys' fees pursuant to 35 U.S.C. § 285.

61.     Finish Time will continue to suffer damages and irreparable harm unless Garmin is restrained and enjoined by this Court, pursuant to 35 U.S.C. § 283, from further infringement of the Asserted Patents.

### SECOND CLAIM FOR RELIEF
**(Indirect Patent Infringement of U.S. Patent Nos. 9,345,948; 9,889,340; and 10,124,234, in violation of 35 U.S.C. §§ 271(b) & (c))**

62.     Finish Time incorporates the foregoing paragraphs as if fully set forth herein.

63.     Garmin has also indirectly infringed the Asserted Patents by inducing others to directly infringe the Asserted Patents.  Garmin has induced the end-users, Garmin's customers, to directly infringe (literally and/or under the doctrine of equivalents) the Asserted Patents by using

the Garmin Coach and/or Garmin Gear Tracking features in combination with Garmin's systems and devices.  Garmin took active steps, directly and/or through contractual relationships with others, with the specific intent to cause them to use the these systems and devices in a manner that infringes one or more claims of the Asserted Patents, including, for example, Claims 1, 3, 4, 8, 9, 12, 13, and 14 of the '340 Patent; Claims 1, 9, 10, 17, 18, and 19 of the '948 Patent; and Claims 1, 4, 5, 7, 8, 9, 12, 13, 14, 16, and 17 of the '234 Patent.  Such steps by Garmin included, among other things, advising or directing customers and end-users to use the Garmin Coach and/or Garmin Gear Tracking features in an infringing manner; advertising and promoting the use of the Garmin Coach and/or Garmin Gear Tracking features in an infringing manner; and/or distributing instructions that guide users to use the accused products in an infringing manner.  Garmin is performing these steps, which constitute induced infringement, with the knowledge of the Asserted Patents and with the knowledge that the induced acts constitute infringement.  Garmin is aware that the normal and customary use of the Garmin Coach and/or Garmin Gear Tracking features by Garmin's customers infringe the Asserted Patents.  Garmin's inducement is ongoing.

64.    Garmin has also indirectly infringed by contributing to the infringement of the Asserted Patents.  Garmin has contributed to the direct infringement of the Asserted Patents by the end-user of the Garmin Coach and/or Garmin Gear Tracking features.  The Garmin Coach and/or Garmin Gear Tracking features are specially designed to be used in an infringing way and have no substantial uses other than ones that infringe the Asserted Patents, including, for example, Claims 1, 3, 4, 8, 9, 12, 13, and 14 of the '340 Patent; Claims 1, 9, 10, 17, 18, and 19 of the '948 Patent; and Claims 1, 4, 5, 7, 8, 9, 12, 13, 14, 16, and 17 of the '234 Patent.  The Garmin Coach and/or Garmin Gear Tracking features constitute a material part of the invention of one or more of the

claims of the Asserted Patents and are not staple articles of commerce suitable for substantial non-infringing use.  Garmin's contributory infringement is ongoing.

65.    Garmin had knowledge of the Asserted Patents at least as of April 17, 2020, when counsel for Garmin contacted counsel for Finish Time to discuss the filing of this complaint in the Eastern District of Texas.

66.    Garmin's actions are at least objectively reckless as to the risk of infringing a valid patent and this objective risk was either known or should have been known by Garmin.

67.    Garmin's indirect infringement of the Asserted Patents is, has been, and continues to be willful, intentional, deliberate, and/or in conscious disregard of Finish Time's rights under the Asserted Patents.

68.    Finish Time has been damaged as a result of the infringing conduct by Garmin alleged above.  Thus, Garmin is liable to Finish Time in an amount that adequately compensates it for such infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

69.    The willful and intentional nature of Garmin's infringement entitles Finish Time to an award of treble damages pursuant to 35 U.S.C. § 284, and to an award of its attorneys' fees pursuant to 35 U.S.C. § 285.

70.    Finish Time will continue to suffer damages and irreparable harm unless Garmin is restrained and enjoined by this Court, pursuant to 35 U.S.C. § 283, from further infringement of the Asserted Patents.

## PRAYER FOR RELIEF

Finish Time requests that the Court find in its favor and against Garmin, and that the Court grant Finish Time the following relief:

A.      Judgment that one or more claims of the Asserted Patents has been infringed, either literally and/or under the doctrine of equivalents, by Garmin;

B.      A permanent injunction enjoining Garmin and its officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in concert therewith from infringement of the Asserted Patents; or, in the alternative, an award of a reasonable ongoing royalty for future infringement of the Asserted Patents by such entities;

C.      Judgment that Garmin accounts for and pays to Finish Time all damages to and costs incurred by Finish Time because of Garmin's infringing activities and other conduct complained of herein, including an award of all increased damages to which Finish Time is entitled under 35 U.S.C. § 284;

D.      That this Court declare this an exceptional case and award Finish Time its attorneys' fees and costs in accordance with 35 U.S.C. § 285;

E.      Pre-judgment and post-judgment interest on the damages caused to Finish Time by reason of Garmin's infringing activities and other conduct complained of herein; and

F.      Such other and further relief as the Court may deem just and proper under the circumstances.

## <u>DEMAND FOR JURY TRIAL</u>

Finish Time hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

Dated: May 22, 2020                          Respectfully submitted


/s/ Christopher B. Branson
Christopher B. Branson, Esq.
Katherine M. Krakowka, Esq.
MURRAY PLUMB & MURRAY
75 Pearl Street, P.O. Box 9785
Portland, ME 04104-5085
cbranson@mpmlaw.com
kkrakowka@mpmlaw.com
Telephone: (207) 773-5651

Robert R. Brunelli, Esq.
(pending *pro hac vice* admission)
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
rbrunelli@sheridanross.com
Telephone: (303) 863-9700

***COUNSEL FOR PLAINTIFF***
***FINISH TIME HOLDINGS, LLC***